IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOWARD LEE LEACH**                                                                                              **PLAINTIFF**
**ADC #111353**

v.                               Case No: 4:23-cv-00951-LPR

**STATE OF ARKANSAS**                                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 7) and the Petitioner's Objections (Doc. 8). After a *de novo* review of the RD, along with careful consideration of the Petitioner's Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. Petitioner's pending Motion for Leave to Proceed *in forma pauperis* (Doc. 1), Motion for Scientific DNA Testing (Doc. 5), and Motion for Summary Judgment (Doc. 6) are DENIED as moot. A certificate of appealability will not issue.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE