# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HOWARD LEE LEACH**  **PLAINTIFF**
**ADC #111353**

v.   Case No: 4:23-cv-00951-LPR

**STATE OF ARKANSAS**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE